UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11734
    TOMMIE J TURNER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8329

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/18/2006 and was confirmed 12/13/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/17/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA | MORTGAGE ARRE | 10312.34 | .00 | 10312.34 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 9513.15 | .00 | 9513.15 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 4230.31 | .00 | 4230.31 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL HOME L | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 9106.81 | .00 | 9106.81 |
| ILLINOIS TITLE LOANS | SECURED NOT I | 518.24 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | 3,176.00 | | 3,176.00 |
| TOM VAUGHN | TRUSTEE | | | 2,405.32 |
| DEBTOR REFUND | REFUND | | | 156,307.12 |

                    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 195,051.05 | |
| PRIORITY | | .00 |
| SECURED | | 19,825.49 |
| UNSECURED | | 13,337.12 |
| ADMINISTRATIVE | | 3,176.00 |
| TRUSTEE COMPENSATION | | 2,405.32 |
| DEBTOR REFUND | | 156,307.12 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 11734 TOMMIE J TURNER

```
                             ---------------        ---------------
TOTALS                          195,051.05             195,051.05
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
Dated: 11/29/07                     _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```
```